Dismissed and Memorandum Opinion filed July 28, 2005









Dismissed and Memorandum Opinion filed July 28, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00594-CR

____________

 

RAUL OLVERA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
176th District Court

 Harris County, Texas

Trial Court Cause No. 1009434

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of a controlled
substance (at least 400 grams of heroin) with intent to deliver.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on April
28, 2005, to confinement for twenty-five years in the Institutional Division of
the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 28, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).